Original

**Name and Prisoner/Booking Number:** Alfred E. Caraffa ADC#350727

**Place of Confinement:** Arizona State Prison Complex-Tucson

**Mailing Address:** PO Box 24403

**City, State, Zip Code:** Tucson AZ 85734

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JAN 3 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Ex parte Alfred Erik Caraffa ADC350727,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn, et al.,
(Full Name of Defendant)
(2) Mr. Torres (Library clerk),
(3) Paralegal Ulibarri of ASPC
(4) Centurion Medical Services

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-23-57-TUC-JGZ(PSOT)

CASE NO. 2:12-CV-00601-PHX-ROS
(To be supplied by the Clerk)

3.) Jury trial Demanded

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: Conditions of Confinement/Official and Individual Capacity.

2. Institution/city where violation occurred: ASPC-Tucson / Tucson AZ

Revised 3/11/16

1 of 16 pages

550/555

## B. DEFENDANTS

1. Name of first Defendant: **David Shinn, et. al**. The first Defendant is employed as: **Director of Prisons (Arizona)** at **Arizona Dept of Corrections**
   (Position and Title)                                    (Institution)

2. Name of second Defendant: **Mr. Torres**. The second Defendant is employed as: **Librarian Clerk (Rincon)** at **Arizona State Prison Complex Tucson**
   (Position and Title)                                    (Institution)

3. Name of third Defendant: **Paralegal Ulibarri**. The third Defendant is employed as: **Paralegal at ASPC Tucson** at **Arizona State Prison Complex Tucson**
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: **Centurion**. The fourth Defendant is employed as: **Centurion Medical Services** at **Medical providers ADCRR**
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **60**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Alfred E. Caraffa** v. **Warden of ASPC-Tucson**
      2. Court and case number: **2:22-CV-00873-PHX-MTL-(ESW)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Court order Amended petition pending copies**

   b. Second prior lawsuit:
      1. Parties: **Alfred E. Caraffa** v. **Governor Ducey**
      2. Court and case number: **4:22-CV-00343-■TUC-JGZ(PSOT)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending in U.S. Court of Appeals**

   c. Third prior lawsuit:
      1. Parties: **Alfred E. Caraffa** v. **United States of America**
      2. Court and case number: **4:22-CV-00342-TUC-JGZ(PSOT)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending in U.S. Court of Appeals**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **8th Amendment of the U.S. Constitution**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Cruel Punishment**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During an habeas corpus case(s), under color of State Law with the Authority of the State of Arizona, Defendant(s) in official and Individual Capacities used Transgenderism as a Mental Health issue for a Mental Health Treatment Program of an MH4 and MH5 Yards at Arizona State Prison Complex-Tucson on Rincon Unit HU(six) 6

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Violation(s) of U.S. Constitutional Rights, Privileges and Immunities

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **See Exhibits**

## COUNT II

1. State the constitutional or other federal civil right that was violated: **8th Amendment U.S. Constitution**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During a writ of habeas corpus civil action under color of state law with the authority of the State of Arizona in official and individual capacity Correctional officer(s) used disciplinary charges to upgrade the housing unit from A MH4 to A MH5. Alfred E. Caraffa ADC350787 is not SMI takes no medication and is being treated for "Transgenderism" on A MH5 yard treatment program.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Violation(s) of the U.S. Constitutional Rights, Privileges and Immunities

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. See exhibits

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: **8th Amendment U.S. Constitution**

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During an habeas corpus case(s) under color of State Law with the Authority of the State of Arizona in official and Individual Capacity Defendants at MH unit Hu 20 (A MH unit) Created A threat to safety and security By Not following Policy After Being informed of An Inmate Snorting Pills and in Possession of A Razor Blade, Left on A table in plain sight.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Violations of U.S. Constitutional Rights Privileges and Immunities

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. See Exhibits

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## Count Four
### Cause of Action

1) Constitutional Right violated - 8th Amendment of the U.S. Constitution.

2) Count Four - Access to the Federal Courts.

3) Supporting Facts - During A writ of habeas corpus, under color of state Law, with the Authority of the state of Arizona IN official and Individual Capacities, Defendant(s) at Rincon Unit (ASPC-Tucson) have Actively Interfered with the preparing of Federal Court document(s) in two civil action(s) Being filed to the U.S. Supreme Court Ready for filing on 12/22/22. By not Providing Indigent (Approved) legal supplies to this Indigent Pro Se habeas corpus petitioner.

4) Injuries - Violation(s) under Lewis V. Casey 518 U.S. 341, 350, (1996)

5(a) of 20 of 16

5) (a) yes
   (b) yes
   (c) yes
   (d) yes

## Count Five
### Cause of Action

1) <u>Constitutional Right violated</u> - 8th Amendment of the U.S. constitution.

2) <u>Count Five</u> - cruel and unusual punishment

3) <u>Supporting facts</u> - while at Rincon unit Housing unit 10 and 11 (AMH4 yard). I was hungry most of the time. I went from 191 pounds on Oct. 18th 2022. To 167 pounds In Dec. 2022 After Just over six (6) months on HU10 and 11 Rincon units at ASPC-Tucson. I Lost 24 pounds of weight. After Being 152 pounds in Dec. 2019.

5(b). of 10 of 16

4) <u>Injury</u> - Cruel and ~~usual~~ unusual punishment.

5) (a) yes
   (b) yes
   (c) yes

## Count Six
### Cause of Action

1) <u>Constitutional right violated</u>: 8th Amendment of the U.S. Constitution

2) <u>Count six</u> - cruel and unusual punishment.

3) <u>Supporting facts</u> - Under an writ of habeas corpus for three unconstitutional conviction(s) Defendant(s) under color of state law in official and Individual capacities only feed two cold meal(s) everyday - 7 days A week.

5(c) of <u>10 of 16</u>



4) <u>Injury</u> - violation(s) of the U.S. Constitution.

5) (a) yes
   (b) yes
   (c) yes

## Count Seven
### Cause of Action

1) <u>Constitutional right violated</u> - Sixth Amendment U.S. Constitution.

2) <u>Count Seven</u> - Unconstitutional conviction.

3) <u>Supporting facts</u> - Under A writ of habeas Corpus civil action(s) this Petitioner Alfred I. Caraffa ADC #350727 Have An unlawful and unconstitutional conviction in/by the State of Arizona offense Date <u>Nov. 1st 2018</u> for Title 13-3202 violation of the Arizona Criminal code. And is Effecting my custody level while in An Active writ of habeas Corpus.

5(d) or <u>10</u> of <u>16</u>

4) <u>Injury</u> - unconstitutional convictions In the State of Arizona.

5) (a) yes
   (b) yes
   (c) yes

## Count eight
### Cause of Action

1) <u>Constitutional right violated</u> - 1st Amendment of the U.S. Constitution

2) <u>count eight</u> - Petition clause

3) <u>supporting facts</u> - under color of State Law in official and Individual Capacities Defendant(s) Paralegal Ulbarri and Mr. Torres Employees at Rincon Unit have denied copies of a writ of habeas corpus as a future custody in my present

5(e) of <u>10 of 16</u>

writ of habeas corpus. IN the phoenix Arizona Federal courthouse. Civil action habeas corpus case in Los Angeles California, Actively Interferring with the preparing and filing of A Federal writ of habeas corpus As AN Active habeas case.

4) ~~Injury~~ = violations of the First Amendment of the United States Constitution

5) (a) yes
   (b) NO
   (c) NO
   (d) - Is A federal court issue.

## Count Nine
### Cause of Action

1) constitutional right violated - 8th Amendment of the U.S. Constitution.

2) count 9 - cruel and unusual punishment

10 of 16

3) <u>Supporting facts</u> - under official and Individual capacities, under color of state Law During AN writ of habeas corpus Defendant(s) Mr. Torres and Ron legal Ulberri along with the Arizona Dept. of Corrections Actively Interfered with the filing of A future custody in the state of California

4) <u>Injury</u> - violation(s) of U.S. Constitutional Rights, Privileges and Immunities.

5) (a) yes
   (b) yes
   (c) yes

Count TEN
Cause of Action

1) constitutional right violated 8th Amendment of the U.S. Constitution

5(g) of <u>10</u> of <u>16</u>

2) - Count ten - Medical care

3) <u>supporting facts</u> - under color of State Law in official and Individual Capacities Defendant(s) Centurion and their employees did not provide Mandatory screening for health care problem(s) for prisoner(s) 50 to 75 yrs. of Age in over one (1) year of this present Incarceration. Alfred Erik Caraffa 350727 will be 52 years old on Dec. 26th 2022.

4) <u>Injury</u> - violation(s) of U.S. Constitution to Rights Privileges and Immunities

5) (a) yes
   (b) yes
   (c) yes

5 (h) of 10 of 16

## Count Eleven
### Cause of Action

1) Constitutional right violation - 8th Amendment of the U.S. Constitution

2) Count II - Medical/Mental Health care

3) Supporting facts - This habeas petitioner has been put on suicide watch at least (3) three times since March 9th 2022. Alfred Erik Carollo Sartor is NOT safe and being treated for being a Transgender

4) Injury - Unlawful suicide watch by medical professionals at Arizona State Prison Complex-Tucson, on Rincon Unit.

5) (a) yes
   (b) yes
   (c) yes

5(F) of 10 of 16

## COUNT TWELVE
### Cause of Action

1) <u>Constitutional right violated</u> - 8th Amendment of the U.S. Constitution.

2) <u>Count 12</u> - Deliberate Indifference

3) <u>Supporting facts</u> - Centurion and the Arizona Dpt. of Corrections in official capacity have failed to properly provide medical services and provided unneeded unwanted mental health care to A person who is not Seriously Mentally ill. (SMI) As Retaliation

4) <u>Injury</u> - Violations of U.S. Constitutional Rights, Privileges and Immunities

5) Jury
(a) yes
(b)

5(5) of 10 of 16

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I seek the sum of Fifth-teen Billion Dollars against the Arizona Dept. of Correction(s) ($15,000,000,000.00) and criminal charges for violations of Civil and Constitutional Rights against employees of the Arizona Dept. of Corrections

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/2022
DATE

[Signature]
SIGNATURE OF PLAINTIFF

Alfred E. Caraffa ADC#350727
Pro Se / Pro Per

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

NONE
(Signature of attorney, if any)

NONE
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.