THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CivIL 5.4, 7.1(a)(1) (Rule Number/Section)

United States District Court IN AND for the District of Arizona Division of Phoenix

Court's copy

Shawn Jensen et al.
and
Alfred Erik Caraffa ADC#350727 et al.,

Plaintiff(s)

VS.

Ryan Thornell et al.,
and the Arizona Dept. of corrections et al.,
Defendant(s)

Case No. 2-23-CV-01594-PHX-ROS (ESW) Retro-Active Case Number: 2-12-CV-00601-PHX-ROS and class member civil Action(s) 4:23-CV-00057 TUC-JGZ-PSOT and 4:23-CV-00058-TUC-JGZ-PSOT

Default Judgment under Federal Rule of civil Procedure Rule 55(d)

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 11 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

I, Alfred Erik Caraffa ADC#350727 Being Pro Se in Both class Action(s) cited Above and

1 of 3

A class member of Jensen et al. v. Thornell et al., by Federal Court order signed by Honorable Judge Roselyn O. Silver Hereds enter this Default Judgment under Fed. R. Civ. Proc. Rule 55(d) Against the United States of America its Agencies its offices its officials.

with evidence of Camera footage on August 6th 2023 in Bldg. 41 HU six cell 2 on A Run at Rincon Unit of Arizona State Prison Complex-Tucson

On August 6th 2023 the Defendant(s) Arizona Dept. of Corrections Did not provide a juice packet, A spoon/spork, A salt and pepper packets or A. Napkin with the evening Meal on this Sunday.

IN Relief I seek the following ($115,000.00 Dollars) one-hundred and fifthteen Thousand dollars in money damages Against Defendant(s) Arizona Dept. of Corrections) for excessive contiuning violation(s) of An U.S. District Court order and Injunction in the lead class Action civil Action. Also the Enforcement

2 of 3

of the federal Court order and Injunction to prevent disobedience in the future.

THE Word of GOD
August 6th 2023
Alfred Enrique Corchfe ADC#350727

Left thumb print
w/ DNA

[Left thumb box]

3 of 3