# United States District Court in and For the District of Arizona

Court's copy

Alfred Erik Caraffa
ADC #350727 et. al.

　　　　Petitioner(s)

vs.

David Shinn et al.,
(Now) Ryan Thornell et. al.,

　　　　Defendant(s)

---

Case class lead: 2:12-CV-00601-PHX-ROS

Class Member(s)
9th cir. court of Appeals
Case Numbers 23-1455 and 23-1457

D.C. Case Numbers: 4:23-CV-00057-Tuc-JGZ-(PSOT) and 4:23-CV-00058-Tuc-JGZ (PSOT)

Default Judgment
Fed. R. Civ. Proc. Rule 55(d)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 11 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

---

On August 8th 2023, I Alfred Erik Caraffa ADC Number 350727 Being unconstitutionally In Custody and Unlawfully housed and Confined on A Mental Health/Medical SMI treatment program. Hereby Enter this Default Judgment

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVL 5.4, 7.1(a)(1)
(Rule Number/Section)

1 of 3

Under Federal Rule of Civil Procedure Rule 55(d) Against the United States, it Agencies, its offices, its officials, IN official Capacity under color of Law Did on August 12th 2023 and August 13th 2023 Deprived the third Meal of that Saturday and Sunday.

I, Alfred Erik Caraffa ADC #350727 was deprived by the Arizona Dept. of Corrections, the state of Arizona to the third Meal with the same calories and nutrianal value of the other two meals that day(s)

Under section 26 Food service and Meals 26.1- All prisoners shall be provided a minimum of three seperately provided Meals a day (Breakfast, Lunch and Dinner) As per Document in Case Number 2-22-CV-00601-PHX-ROS Document 4410 Filed April 7th 2023 1 of 67 on page 61-62.

The evidence which shall satisfy the court is Camera footage or lack of Camera footage of Alfred E. Caraffa ADC Number 350727 Eating that third Meal on

2 of 3

Saturday (a day) August 12th 2023 and on Sunday (a day) August 13th 2023 on Bldg. 41 Hu 6 A cell 62 or in the Dining Hall on Rincon Medical/Mental Health units.

And prior filings for Default Judgment(s) to this Court for the other time(s) the Arizona Dept. of Corrections and the State of Arizona (Defendants) have violated the federal court orders.

One hundred and twenty-five days and one hundred and twenty-six days into A federal Court Injunction and writ of this Court the Arizona Dept. of Corrections still is not in full compliance with the Court writ and Injunction(s) orders of this Court.

Therefore As Relief I Alfred Erik Caraffa ADC Number 350727 Being Unconstitutionally in Custody By clear evidence seek $500,000.00 Dollars for the violation(s) on Saturday Aug. 12th 2023 and I seek $650,000.00 dollars for the violation on Sunday August 13th 2023.

In an on-going, continuing violation(s) and Rebellion against A federal Court order The word of God  Alfred Erik Caraffa
August 8th 2023  ADC Number 350727
3 of three